## IN RE CAROLINE M.*
(14003)

O'Connell, Foti and Lavery, Js.

Argued September 19—decision released October 10, 1995

*Gregory P. Carnese,* for the appellant (respondent mother).

*Michael J. Besso,* assistant attorney general, with whom were *James Kelly,* assistant attorney general, and, on the brief, *Richard Blumenthal,* attorney general, *Susan T. Pearlman,* assistant attorney general,

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 4166B.2, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

and *Christine M. Bielaczyk,* law student intern, for the appellee (petitioner).

*Michael Jewell,* for the minor child.

PER CURIAM. The judgment is affirmed.